No. 15,763.

WALKER *v.* COE.
(194 P. [2d] 908)

Decided June 1, 1948. Rehearing denied June 21, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. WILLIAM ALLAN BRYANS, for plaintiff in error.

Mr. GEORGE M. GIBSON, for defendant in error.